McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
(916) 554-2700
(916) 448-2900 FAX

FILED

SEP 1 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:                          )   NO. 03-MJ-0321 GGH
                                )
UNITED STATES OF AMERICA,       )   [PROPOSED] ORDER
                                )
                                )   [IN CAMERA AND UNDER SEAL]
            Plaintiff,          )
                                )
v.                              )
                                )
MARK ANTHONY CORRENTI,          )
                                )
            Defendant.          )
                                )

  The United States of America has applied to this Court for an Order permitting it to file the affidavit underlying the complaint in the above-entitled proceedings, together with its application, Memorandum of Points and Authorities and the accompanying Declaration, in camera and under seal.  Upon consideration of the application and the entire record herein,

/////

/////

/////

/////

/////

5

1  IT IS HEREBY ORDERED that the affidavit underlying the complaint
2  in the above-entitled proceedings, together with the application of
3  the United States and the accompanying Memorandum of Points and
4  Authorities and Declaration, and this order shall be filed with this
5  Court in camera and under seal and shall not be disclosed to any
6  person until the arrest of the defendant or execution of the
   search warrant. ~~unless otherwise ordered by this Court [or "until first arrest
7  of a defendant" - check with AUSA].~~

8  Dated this 15th day of September, 2008.

           By: _____
                   GREGORY G. HOLLOWS
                   GREGORY G. HOLLOWS
                   United States Magistrate Judge

13 Presented by:

17 _____
   KYLE REARDON
18 Assistant U.S. Attorney

6