FILED
September 16, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:08MJ00321-GGH-01
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
MARK ANTHONY CORRENTI, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARK ANTHONY CORRENTI , Case No. 2:08MJ00321-GGH-01 , Charge  18 USC § 641 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $_____

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

✔ (Other)   Pretrial conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 16, 2008  at  2:00pm .

By /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court